UNITED SETATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT G. LEAHY,              )
          Plaintiff        )
                               )
v.                            )    Civil No. 09-40094-FDS
                               )
                               )
PAUL J. COLEMAN, d/b/a        )
LAW OFFICE OF PAUL J. COLEMAN )
          Defendant        )

**DEFAULT JUDGMENT**
**(Proposed)**

After hearing, and in accordance with this Court's order of November 13, 2009, judgment is hereby entered for plaintiff Robert G. Leahy against defendant Paul J. Coleman in the amount of $12,000, plus: (a) interest at 12%/annum from the date of filing in the amount of $ 768.00; (b) attorney's fees in the amount of $3,535.00; and (c) costs in the amount of $374.00. Total judgment: $ 16,677.00.

By the Court:

/s/ F. Dennis Saylor
Hon. F. Dennis Saylor IV

Dated: 11/23/09